



Spartanburg police officer shoved, injured mother of his child in front of child, warrant says





 Big Surprise for Folks in Debt
Sponsored · blog.whalewealthy.co...

Learn more

# Trespassed and arrested on public property.

7.5K views  1y ago  #firstamendmentaudit  ...more

 SC Free Press  3.98K

Subscribe

 469       Share    Remix    Thanks   ↓ D